**UNITED STATES Of America,**
**Plaintiff–Appellee,**

v.

**Felix JAUREGUI, Defendant–**
**Appellant.**

**No. 09–10475.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 17, 2011.

Philip A. Ferrari, Assistant U.S. Attorney, USSAC—Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Paul McCarthy, Law Offices of Robert J. Beles, Oakland, CA, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Felix Jauregui appeals from the low-end 168–month Guideline sentence imposed following his guilty-plea conviction for conspiracy to distribute and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jauregui contends that the district court erred in applying the two-level firearm enhancement under U.S.S.G. § 2D1.1(b)(1) because insufficient evidence connected the loaded gun with his possession of methamphetamine. The enhancement was appropriate because the record reflects that Jauregui possessed the firearm during the commission of the drug conspiracy. *See*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

*United States v. Lopez–Sandoval,* 146 F.3d 712, 715 (9th Cir.1998).

AFFIRMED.